UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MILAGROS SENIOR,** *and on behalf of all other persons similarly situated*,

       **Plaintiff,**

-against-

**INUSA MANUFACTURING LLC,**

       **Defendant.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/13/2022

**22-cv-5208 (ALC)**

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

  It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within forty-five days. The Clerk of the Court is respectfully directed to lift the stay and terminate this case.

**SO ORDERED.**

Dated: September 13, 2022
    New York, New York

              **ANDREW L. CARTER, JR.**
              **United States District Judge**